Ernest A. Eklund, Executor of the Last Will and Testament of George H. Breinig, Deceased, Appellant, v. Chester T. DeJong, Standard Oil Company of Indiana, a Corporation, and Standard Oil Company of New Jersey, a Corporation, Appellees.

Gen. No. 48,199.

First District, Third Division.

May 17, 1961.

John N. Thornburn, of Chicago, for appellant; Allan M. Anderson, of Chicago, for appellee. Opinion by JUSTICE McCORMICK. Not to be published in full.